LASSALLE ET AL., DEMANDANTES-APELADOS-APELANTES, *v.* HILLA ET AL., DEMANDADOS-APELANTES-APELADOS.

APELACIÓN procedente de la Corte de Distrito de Aguadilla en pleito sobre cobro de honorarios.

No. 2389.—Resuelto en mayo 26, 1921.

HONORARIOS DE ABOGADO—DISCRECIÓN JUDICIAL—SUFICIENCIA DE LA TRANSCRIPCIÓN.—Descansando en la sana discreción de la corte de distrito la concesión de honorarios de abogado, si no se eleva la prueba en la transcripción,

el Tribunal Supremo no está en condiciones de decidir si la corte inferior abusó de su discreción, en cuyo caso la presunción es que la conclusión de la corte de distrito es correcta.

Los hechos están expresados en la opinión.

Abogado de los apelados-apelantes: *Sr. M. del Toro Colberg.*

Abogados de los apelantes-apelados: *Sres. González Mena* y *Valdejulli & Rodríguez.*

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tribunal.

Los apelantes, demandantes en la corte inferior, obtuvieron sentencia a su favor en este caso. La corte impuso las costas a los demandados, pero se negó a conceder honorarios de abogado de los demandantes. El procedimiento fué de *injunction* para recobrar la posesión material de una propiedad inmueble. Los demandados alegaron tener el título de dicha propiedad. La corte resolvió que una cuestión de título no podía ser considerada en esta clase de procedimientos. Los apelantes alegan haberse cometido varios errores. Todos ellos afectan necesariamente a la cuestión de si los demandados defendieron el caso cuando debieron haber entregado la posesión, y si tal defensa como la establecida demostró ''temeridad'' como se emplea la palabra en la frase en castellano. Los apelantes sostienen que como los demandados los obligaron a someterse a procedimientos bastante largos y embarazosos para recobrar la posesión, debieron haber sido condenados en honorarios de abogado. La corte no dió explicación alguna por dejar de conceder honorarios. La concesión era una cuestión de la sana discreción de la corte y en apelación debe demostrarse que la omisión en conceder honorarios es una injusticia. En la opinión no existe nada que demuestre tal cosa y la prueba no ha sido certificada a este tribunal. La corte tuvo a las partes ante sí y pudo apreciar si se defendieron en la creencia más o menos honrada de que mantenían sus respectivos derechos. Sólo podríamos revisar las actuaciones de la corte

si tuviéramos la prueba ante nosotros. No teniéndola, debe subsistir la presunción de que la conclusión de la corte fué correcta, debiendo por tanto confirmarse la sentencia apelada.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados del Toro, Aldrey y Hutchison.